■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN BERMAN, Also Known as NATHAN BEHRMAN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ MICHAEL G. PALMENTIERO, Respondent, v. C. K. REHNER, INC., et al., Appellants, et al., Defendant.— Judgment unanimously modified so as to direct payment to plaintiff of the moneys deposited by the defendant as a tender and, as so modified, affirmed. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ In the Matter of the Intermediate Accounting of LEROY MANDLE, as Committee of MARGARET S. ADAMS, an Incompetent, Respondent. LEWIS GINSBURG, as Attorney for LEROY MANDLE, as Committee for MARGARET S. ADAMS, Appellant.— Decree, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ JOSEPH F. EGAN, Plaintiff, v. CITY OF NEW YORK, Defendant and Third-Party Plaintiff-Appellant. FIVE BORO CONSTRUCTION CORP., Third-Party Defendant-Respondent.— The pleadings in this case are susceptible to proof at the trial that, while the city endeavored to have the general contractor perform in accordance with the scheduled progress, its efforts were not sufficient to absolve it of liability to the plaintiff. In such instance, the city might still have a valid claim over against the general contractor in view of the latter's agreement " to indemnify and hold the City harmless " from claims of other contractors for damages sustained " through any act or omission " on its part. Therefore, the issue of liability over should be left to the trier of the facts (*Cosgrove* v. *City Ice & Fuel Co.,* 275 App. Div. 1030). Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD KRAW, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ THERESA CRETELLA et al., Plaintiffs, v. CITY OF NEW YORK, Defendant, CHIN D. LING et al., Respondents, and MALESTER OPERATING CORP., Doing Business as OYSTER BAY RESTAURANT, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ.

■ MIRIAM FRIEDMAN, also Known as MIRIAM RUBIN, Respondent, v. SALLY LIBIN, as Administratrix of the Estate of WILLIAM RUBIN, also Known as WILLIAM LIBIN, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [4 Misc 2d 248.]

■ THE PEOPLE OF THE STATE OF NEW YORK v. HILTON MCGEE.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HILTON MCGEE.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. STUART MITCHELL.— Motion to dismiss appeal granted. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.